```
IN THE UNITED STATES DISTRICT COURT FOR THE
         WESTERN DISTRICT OF MISSOURI
                CENTRAL DIVISION
```

**UNITED STATES OF AMERICA,**    ) No. 04-04046-01-CR-C-NKL
                       Plaintiff,    )
                              ) 18 U.S.C. § 922(g)(1)
   v.                            ) NMT 10 years and/or $250,000
                                ) Supervised Release: NMT 3 Years
**RENE AUGUST MALCUIT, JR.,**    )
  [DOB: 1978]              ) $100 mandatory penalty
                                ) assessment
                      Defendant.    )

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

                 (Felon in Possession of a Firearm)

    1. On or about April 29, 2004, in Pettis County, in the Western District of Missouri, RENE AUGUST MALCUIT, JR., Defendant, having been previously convicted of a crime punishable for a term exceeding one year, did possess in and affecting commerce a firearm, that is, a Sturm, Ruger and Company, Inc., Model P89DC, 9mm caliber pistol, serial number 305-70386.

    2. Prior to the possession, the Defendant had been previously convicted of the following crime (felony) punishable for a term exceeding one year, in the court named, and on or about the date stated:

        On or about May 20, 2002, in the Circuit Court
        of Johnson County, Missouri, the Defendant was
        convicted of felony possession of a controlled
        substance, in case number CR0602-000036F.

All in violation Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF SPECIAL FINDINGS

The allegations contained in this Indictment are realleged and are incorporated by reference herein for the purposes of putting the Defendant, RENE AUGUST MALCUIT, JR., on notice of Special Findings found to exist as to his participation in the alleged offense described in the Indictment and in related conduct, and as to the nature of the charged offense:

1)  The Sturm, Ruger and Company, Inc., Model P89DC, 9mm caliber pistol, serial number 305-70386, was stolen; and

2)  The Defendant possessed the firearm in connection with another felony offense.

**A TRUE BILL.**

/S/
_____
FOREPERSON OF THE GRAND JURY

/S/
_____
**LAWRENCE E. MILLER**
Assistant United States Attorney
Missouri Bar No. 39531